**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

In re:  KHARY S. HOLLIS                                    §   Case No. 24-80909
        SHATINA D. HOLLIS                                  §
                                                           §
                                                           §
                                                           §

                        Debtor(s)

_____

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/20/2024. The undersigned trustee was appointed on 11/20/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          10,394.00

              Funds were disbursed in the following amounts:

              Payments made under an
                interim distribution                                        0.00
              Administrative expenses                                       3.42
              Bank service fees                                           173.81
              Other payments to creditors                                   0.00
              Non-estate funds paid to 3rd Parties                        394.00
              Exemptions paid to the debtor                                 0.00
              Other payments to the debtor                                  0.00

              Leaving a balance on hand of[1]          $           9,822.77

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/01/2025 and the deadline for filing governmental claims was 05/19/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $337.66 for total expenses of $337.66[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2026

By: /s/ Jeffrey D. Richardson

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| | | |
|---|---|---|
| Case No.: | 24-80909 | |
| Case Name: | KHARY S. HOLLIS | |
| | SHATINA D. HOLLIS | |
| For Period Ending: | 05/16/2026 | |

| | |
|---|---|
| Trustee Name: | (330310) Jeffrey D. Richardson |
| Date Filed (f) or Converted (c): | 11/20/2024 (f) |
| § 341(a) Meeting Date: | 12/18/2024 |
| Claims Bar Date: | 04/01/2025 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 314 W. Forrest Hill Avenue, Peoria, IL 61604-0000, Peoria County (See Footnote) | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Timeshare in Kissimmee Florida Holiday Vacations | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 2015 Chevrolet Traverse, 100,000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2024 Chevrolet Trailblazer, 5,000 miles | 24,300.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Household Goods, Appliances and Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 3 TVs, 4 tablets, 2 smart phones | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Beretta pistol | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: CEFCU | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: CEFCU | 5.00 | 0.00 | | 0.00 | FA |
| 12 | Savings: CEFCU | 25.00 | 0.00 | | 0.00 | FA |
| 13 | Virtual Wallet: Cash App | 2.00 | 0.00 | | 0.00 | FA |
| 14 | Bitcoin (in CashApp) | 13.00 | 0.00 | | 0.00 | FA |
| 15 | Stocks (Coca-Cola, Bank of America, Tesla) (in CashApp wallet) | 40.00 | 0.00 | | 0.00 | FA |
| 16 | TruJoy Beauty Supply LLC (insolvent, stock has no market value), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401(k): Employer | Unknown | Unknown | | 0.00 | FA |
| 18* | Anticipated 2024 income tax refunds (Debtors expect little if any refund): Federal and State (See Footnote) | 1,000.00 | 0.00 | | 10,000.00 | FA |
| 19* | Shareholder loans to corporation (insolvent) (See Footnote) | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 20 | Employer term life insurance (no cash value): Spouse | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Thermometers (from Karai Goods) - no value | 0.00 | 0.00 | | 0.00 | FA |
| 22* | overpayment from Debtor on Compromise (u) (See Footnote) | 0.00 | 394.00 | | 394.00 | FA |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 2

**Case No.:**   24-80909

**Case Name:**   KHARY S. HOLLIS
SHATINA D. HOLLIS

**For Period Ending:**   05/16/2026

**Trustee Name:**   (330310) Jeffrey D. Richardson

**Date Filed (f) or Converted (c):**   11/20/2024 (f)

**§ 341(a) Meeting Date:**   12/18/2024

**Claims Bar Date:**   04/01/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Assets Totals (Excluding unknown values) | $283,235.00 | $50,394.00 | | $10,394.00 | $0.00 |

RE PROP# 1      Property abandoned due to insufficient equity. (Doc. 52)

RE PROP# 18    I agreed to accept $10,000 in lieu of liquidation of any  of the debtors' scheduled assets.  See doc. 46.

RE PROP# 19    Uncollectible, company insolvent.

RE PROP# 22    Refund to Debtors on overpayment of compromise. See Order Approving Compromise (Doc. 46)

**Major Activities Affecting Case Closing:**

1st TIR:  This is relatively new case having been filed in November of 2024.  I reached an agreement with the Debtors that they would pay me $10,000.00 in lieu of liquidating any of their scheduled assets which they have done.  The claims need to be reviewed and adjusted if necessary.

12/24/2024: Review bank records in depth; request claims bar date; draft Motion for Turnover Order; draft Motion to Compel. JDR
2/3/24:  Prepare for hearing on Motion for Turnover and Motion to Compel; Motion for Turnover Order allowed in part; Motion to Compel is withdrawn; draft Order.JDR
5/22/25: Run claims, review Schedules and claims; draft objection to claim no. 5-1. LER
5/25/25: Relatively long settlement conference with Sumner Bourne  JDR
5/31/25: Review file and updated documents; begin work on Second Motion for Turnover Order; letter to Sumner Bourne to attempt to resolve the matter. JDR
6/10/25: Review status of case, including things filed today; draft Motion to Compromise case by accepting $10,000.00 in lieu of all the Debtors' scheduled assets including 2024 tax refunds; prepare Notice of Compromise. JDR
7/11/25: Review Notice from Court; draft Order Approving Compromise. JDR
12/23/25: Prepare TIR. JDR
4/12/26: Review file; draft Report of completion for the Motion to Compromise. JDR
5/16/26:  Prepare TFR. JDR

**Initial Projected Date Of Final Report (TFR):**  04/01/2026

**Current Projected Date Of Final Report (TFR):**   04/01/2026

05/16/2026
_____
Date

/s/Jeffrey D. Richardson
_____
Jeffrey D. Richardson

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 24-80909 | | Trustee Name: | | Jeffrey D. Richardson (330310) |
|---|---|---|---|---|---|
| Case Name: | KHARY S. HOLLIS | | Bank Name: | | TriState Capital Bank |
| | SHATINA D. HOLLIS | | Account #: | | ******5713 Checking |
| Taxpayer ID #: | **-***6377 | | Blanket Bond (per case limit): | | $20,000.00 |
| For Period Ending: | 05/16/2026 | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/25 | | KHARY S. HOLLIS, SHATINA D. HOLLIS | payment for Compromise of tax returns | | 10,394.00 | | 10,394.00 |
| | {18} | | payment for compromise of tax refunds $10,000.00 | 1124-000 | | | |
| | {22} | | overpayment of compormise $394.00 | 1280-000 | | | |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 9.99 | 10,384.01 |
| 07/30/25 | 101 | KHARY S. HOLLIS, SHATINA D. HOLLIS | Debtor refund for overpayment of Compromise Stopped on 09/08/2025 | 8500-005 | | 394.00 | 9,990.01 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 18.30 | 9,971.71 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.05 | 9,955.66 |
| 09/08/25 | 101 | KHARY S. HOLLIS, SHATINA D. HOLLIS | Debtor refund for overpayment of Compromise Stopped: check issued on 07/30/2025 | 8500-005 | | -394.00 | 10,349.66 |
| 09/08/25 | 102 | KHARY S. HOLLIS, SHATINA D. HOLLIS | Debtor refund for overpayment of Compromise | 8500-002 | | 394.00 | 9,955.66 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 17.52 | 9,938.14 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.45 | 9,921.69 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 14.31 | 9,907.38 |
| 12/01/25 | 103 | International Sureties, Ltd. | Bond premium #612419151 | 2300-000 | | 3.42 | 9,903.96 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 17.99 | 9,885.97 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.84 | 9,870.13 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 14.76 | 9,855.37 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.84 | 9,838.53 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.76 | 9,822.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 10,394.00 | 571.23 | $9,822.77 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 10,394.00 | 571.23 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $10,394.00 | $571.23 | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page:   2

# Cash Receipts And Disbursements Record

**Case No.:**        24-80909

**Case Name:**   KHARY S. HOLLIS
SHATINA D. HOLLIS

**Taxpayer ID #:**   **-***6377

**For Period Ending:** 05/16/2026

**Trustee Name:**          Jeffrey D. Richardson (330310)

**Bank Name:**            TriState Capital Bank

**Account #:**             ******5713 Checking

**Blanket Bond (per case limit):** $20,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---|
| Net Receipts: | $10,394.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $394.00 |
| Net Estate: | $10,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5713 Checking | $10,394.00 | $571.23 | $9,822.77 |
| | **$10,394.00** | **$571.23** | **$9,822.77** |

| | |
|---|---|
| 05/16/2026 | /s/Jeffrey D. Richardson |
| Date | Jeffrey D. Richardson |

Printed:   05/16/2026 10:54 AM

## Exhibit C

## Claims Proposed Distribution Register

### Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS

**Case Balance:**   $9,822.77          **Total Proposed Payment:**   $9,822.77          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| D0 | Ally Financial | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,822.77 |
| D0 | Holiday Inn Vacation Club | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,822.77 |
| D0 | Morton Community Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,822.77 |
| D0 | Rocket Mortgage | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,822.77 |
| | Jeffrey D. Richardson | Admin Ch. 7 | $1,750.00 | $1,750.00 | $0.00 | $1,750.00 | $1,750.00 | $8,072.77 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Jeffrey D. Richardson | Admin Ch. 7 | $337.66 | $337.66 | $0.00 | $337.66 | $337.66 | $7,735.11 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | ADT Security Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | AT & T | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Ameren Illinois | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Ameren Illinois | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Americash Loans | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Apple Card - Goldman Sachs | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Ashley Funding Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |

Printed:   05/16/2026 10:54 AM

## Exhibit C

## Claims Proposed Distribution Register

**Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS**

**Case Balance:**   $9,822.77          **Total Proposed Payment:**   $9,822.77          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Associated Oral and Max. Surg. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Blue Cross Blue Shield of IL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Central Illinois Radioloical Assoc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Citibank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Citibank Student Loan Center | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | City of Peoria | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Comcast | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Comenity Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Complete Home Respiratory Care | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Comprehensive Emergency Solutions | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Cottonwood Financial | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Country Insurance and Financial | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Edward Green | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |

Printed:   05/16/2026 10:54 AM

## Exhibit C

## Claims Proposed Distribution Register

### Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS

| **Case Balance:** | $9,822.77 | **Total Proposed Payment:** | $9,822.77 | **Remaining Balance:** | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Emergency Loan Center | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Family Dental | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Ford Motor Credit | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | GM Rewards Card | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Goodwin and Bryan LLP | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Greater Peoria Sanitary Dist. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Heartland Health Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Illinois American Water Co | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Illinois Central College | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Illinois Neurological Institute | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Illinois Student Assistance Comm. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Jim Huff Construction | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Laboratory Corporation of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Lane Bryant | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |

Printed:   05/16/2026 10:54 AM

## Exhibit C

## Claims Proposed Distribution Register

### Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Case Balance:** | $9,822.77 | | **Total Proposed Payment:** | $9,822.77 | | **Remaining Balance:** | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MJM Limited Partnership | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Marcin Dental Center | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Methodist Medical Center | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Middie Paranto | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | National Geographic | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | OSF Healthcare | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | OSF Home Medical Equipment | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | OSF Multi Specialty Group | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Onesite National Partners | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Pekin Insurance | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Peoria Journal Star | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Peoria Tazewell Pathology Group | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Planned Parenthood | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Puritan Springs Water | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |

Printed:   05/16/2026 10:54 AM

Page:  5

## Exhibit C

## Claims Proposed Distribution Register

### Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS

**Case Balance:**   $9,822.77          **Total Proposed Payment:**   $9,822.77          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | QC Financial Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Retrieval Masters Credit Bureau | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Rollins Inc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | SFC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Saint Francis Hospital | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Security Finance | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Southwest Credit | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Sun Loan | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Sun Loans | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Tender Care Animal Hospital | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | US Department of Education | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Unity Point Health | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | University of Illinois College of Med. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| | Vision Financial Corp | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |

Printed:   05/16/2026 10:54 AM

Page:   6

# Exhibit C

## Claims Proposed Distribution Register

### Case: 24-80909 KHARY S. HOLLIS AND SHATINA D. HOLLIS

**Case Balance:**   $9,822.77          **Total Proposed Payment:**   $9,822.77          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Waste Management | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
|  | Wells Fargo Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,735.11 |
| 1 | HEARTLAND HEALTH SERVICES | Unsecured | $451.51 | $451.51 | $0.00 | $451.51 | $176.49 | $7,558.62 |
| 2 | US DEPARTMENT OF EDUCATION | Unsecured | $18,585.83 | $18,585.83 | $0.00 | $18,585.83 | $7,264.76 | $293.86 |
| 3 | COMCAST | Unsecured | $131.00 | $131.00 | $0.00 | $131.00 | $51.20 | $242.66 |
| 4 | CITIBANK N.A. | Unsecured | $620.82 | $620.82 | $0.00 | $620.82 | $242.66 | $0.00 |
| 5 | PINNACLE CREDIT SERVICES, LLC | Unsecured | $352.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total for Case:** | **24-80909** |  | $22,229.29 | $21,876.82 | $0.00 | $21,876.82 | $9,822.77 |  |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-80909
Case Name:  KHARY S. HOLLIS AND
             SHATINA D. HOLLIS
Trustee Name: Jeffrey D. Richardson

**Balance on hand:**      $                    9,822.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $              0.00
Remaining balance:                          $          9,822.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeffrey D. Richardson | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - Jeffrey D. Richardson | 337.66 | 0.00 | 337.66 |

Total to be paid for chapter 7 administrative expenses:     $          2,087.66
Remaining balance:                                          $          7,735.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                             $          7,735.11

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,735.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,789.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HEARTLAND HEALTH SERVICES | 451.51 | 0.00 | 176.49 |
| 2 | US DEPARTMENT OF EDUCATION | 18,585.83 | 0.00 | 7,264.76 |
| 3 | COMCAST | 131.00 | 0.00 | 51.20 |
| 4 | CITIBANK N.A. | 620.82 | 0.00 | 242.66 |
| 5 | PINNACLE CREDIT SERVICES, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 7,735.11
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |